THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO CUMBERBATCH, Appellant.

Submitted November 26, 2007; decided December 13, 2007

Reported below, 36 AD3d 157.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FINLEY, Appellant.

Submitted December 10, 2007; decided December 13, 2007

Reported below, 42 AD3d 917.

Motion for assignment of counsel granted and Timothy Patrick Murphy, Esq., 5528 Main Street, Williamsville, New York 14221 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RUBEN LUCIANO, Respondent.

Submitted November 26, 2007; decided December 13, 2007

Reported below, 44 AD3d 123.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERICK NEWTON, Appellant.

Submitted December 10, 2007; decided December 13, 2007

Motion for poor person relief dismissed as academic.